B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

__Middle__ District Of __Tennessee__

In re __Capstone Pediatrics, PLLC__ ,  ) Case No. __3:19-bk-1971__
　　　Debtor )
　　　　　　　　　　　　　　　　　　　 ) Chapter __11__
　　　　　　　　　　　　　　　　　　　 )
__CDS Business Services, Inc. d/b/a Newtek Business Credit__ )
　　　Plaintiff )
　　　　　　　　　　　　　　　　　　　 )
　　　　v. ) Adv. Proc. No. _____
　　　　　　　　　　　　　　　　　　　 )
__America Cares Trust d/b/a CareNation__ )
　　　Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　Address of the clerk:　United States Bankruptcy Court
　　　　　　　　　　　　　Middle District of Tennessee
　　　　　　　　　　　　　701 Broadway, Room 170
　　　　　　　　　　　　　Nashville, TN 37203

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　Name and Address of Plaintiff's Attorney:　Daniel H. Puryear
　　　　　　　　　　　　　　　　　　　　　　　Puryear Law Group PLLC
　　　　　　　　　　　　　　　　　　　　　　　104 Woodmont Blvd., Suite 201
　　　　　　　　　　　　　　　　　　　　　　　Nashville, TN 37205

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　(Clerk of the Bankruptcy Court)

Date: _____　　By: _____ (Deputy Clerk)

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

- ❏ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ❏ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ❏ Residence Service: By leaving the process with the following adult at:

- ❏ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ❏ Publication: The defendant was served as follows: [Describe briefly]

- ❏ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____  Signature _____

Print Name: _____

Business Address: _____

_____

Case 3:20-ap-90140   Doc 1-1   Filed 09/11/20   Entered 09/11/20 13:30:56   Desc
Exhibit summons    Page 2 of 2