IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| CDS BUSINESS SERVICES, INC. d/b/a | ) | |
| NEWTEK BUSINESS CREDIT. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No 3:20-ap-90140 |
| | ) | |
| | ) | |
| AMERICA CARES TRUST d/b/a | ) | |
| CARENATION | ) | |
| | ) | |
| Defendant. | ) | |

_____

EXPEDITED ORDER SETTING HEARING ON THE EXPEDITED MOTION AND
SUPPORTING MEMORANDUM FOR PRELIMINARY INJUNCTION
_____

This matter came before the Court on CDS Business Services, Inc. d/b/a Newtek Business

Credit's Expedited Motion and Supporting Memorandum for Preliminary Injunction (hereinafter

the "Motion") filed by the above captioned Plaintiff (hereinafter "Plaintiff or CDS"). Whereas

the Court finds that setting the expedited hearing is in the best interest of CDS, the Debtor, its

estate, and creditors and other parties in interest; and whereas, after due deliberation thereon and

good and sufficient cause appearing therefore under the circumstances;

**IT IS HEREBY ORDERED THAT:**

1.      The expedited hearing on the Motion shall be held on September _____, 2020 at

_____:_____m before this Court, in Courtroom _____, 701 Broadway, Nashville, TN 37203.

2.      Any and all objections to the Motion must be filed with the Court and served so as to be received by Plaintiff's counsel (listed below) by no later than _____:_____m, Central Time on _____, 2020.

<div style="border:1px solid">

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.

</div>

SUBMITTED FOR ENTRY:

/s/ *Daniel H. Puryear*_____ _____
Daniel H. Puryear, # 18190
Puryear Law Group PLLC
104 Woodmont Boulevard, Suite  201
Nashville, TN  37205
615-255-4859 (phone)
615-630-6602 (fax)
dpuryear@puryearlawgroup.com

*Counsel for CDS Business Services, Inc. d/b/a Newtek Business Credit*

2

Case 3:20-ap-90140    Doc 4-2    Filed 09/11/20    Entered 09/11/20 15:07:23    Desc
Proposed Order Expedited Proposed Order Setting Hearing    Page 2 of 2