United States Bankruptcy Court
Middle District of Tennessee

CDS Business Services, Inc., d/b/a Newte,
    Plaintiff

America Cares Trust (ACT),
    Defendant

Adv. Proc. No. 20-90140-RSM

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: bmp2450          Page 1 of 1          Date Rcvd: Sep 14, 2020
                             Form ID: pdf001         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2020.
dft          +America Cares Trust (ACT),   5655 Granny White Pike,   Brentwood, TN 37027-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2020 at the address(es) listed below:
          DANIEL HAYS PURYEAR    on behalf of Plaintiff   CDS Business Services, Inc., d/b/a Newtek Business
          Credit dpuryear@puryearlawgroup.com,   paralegalgroup@puryearlawgroup.com
                                                                  TOTAL: 1

Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 9/14/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| CDS BUSINESS SERVICES, INC. d/b/a | ) | |
| NEWTEK BUSINESS CREDIT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Proc. No. 3:20-ap-90140 |
| | ) | |
| AMERICA CARES TRUST d/b/a | ) | |
| CARENATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SETTING HEARING
## ON EXPEDITED MOTION FOR PRELIMINARY INJUNCTION

CDS Business Services, Inc. d/b/a Newtek Business Credit ("CDS") has filed an expedited motion for a preliminary injunction against America Cares Trust d/b/a CareNation ("ACT"). Based upon the allegations in the motion, good cause exists to schedule an expedited hearing.

The Court anticipates that ACT will be responding promptly to the injunction motion since it has played an active role in the last stages of this bankruptcy -- being the successful buyer of assets from the debtor and having recently attempted to take advantage of the Court's jurisdiction to pursue a motion to compel against CDS over an issue arising out of the sale of assets. Accordingly, even though the hearing is being set on an expedited basis, the Court expects ACT to be in a position to respond to the matter quickly. Therefore, the following procedures will apply:

1.      A hearing will be conducted telephonically at 1:00 p.m. on Thursday, September 17, 2020.  The call-in information is: **Call-In Number: 1-888-363-4749; Access Code: 8979228#**.

2.      CDS shall upload any exhibits expected to be presented at the hearing no later than 12:00 p.m. on Wednesday, September 16, 2020, through use of the Court's Electronic Evidence Submission Application ("EESA"), using a numbering system where the Movant's/Plaintiff's exhibits will start with #1001.

3.      ACT shall file any response it wishes to file by 5:00 p.m. on Wednesday, September 16, 2020.

4.      ACT shall upload any exhibits expected to be presented at the hearing no later than 10:00 a.m. on Thursday, September 17, 2020, through use of EESA, using a numbering system where the Respondent's/Defendant's exhibits will start with #2001.

5.      CDS shall serve this order to ACT by the fastest means available as soon as possible after entry on September 14, 2020.

IT IS SO ORDERED.

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.