| | |
|---|---|
| **From:** | Jim Davis |
| **To:** | Dan Puryear |
| **Cc:** | Houston IV, David W. |
| **Subject:** | FW: DDAs for Capstone |
| **Date:** | Tuesday, September 15, 2020 4:18:06 PM |

Hello Dan,

Per our conversation please see the email string below. You will find the BOA contact information as well.

Best regards,

**Jim Davis** | Director
Chiron Financial LLC | Dallas, Texas
Corporate Headquarters | Fulbright Tower Suite 2800 | 1301 McKinney | Houston, Texas 77010
(713) 929-9086 *direct*
(205) 266-0399 *mobile*
jdavis@chironfinance.com | www.ChironFinance.com

**From:** "JDavis@chironfinance.com" <JDavis@chironfinance.com>
**Date:** Tuesday, September 15, 2020 at 11:42 AM
**To:** "Houston IV, David W." <dhouston@burr.com>
**Subject:** FW: DDAs for Capstone

FYI

**From:** "Meek, Peter" <peter.meek@bofa.com>
**Date:** Tuesday, September 15, 2020 at 11:39 AM
**To:** "JDavis@chironfinance.com" <JDavis@chironfinance.com>, "CareNation@comcast.net" <CareNation@comcast.net>
**Cc:** Daniel Fleming <DFleming@wongfleming.com>
**Subject:** RE: DDAs for Capstone

Thanks for both of your responses.

Bank of America is in process of retaining counsel regarding this and other issues related to Capstone Pediatrics. We will be Daniel Fleming of Wong Fleming who is copied on this email.

Please provide us with name and contact information of counsel representing CareNation and, if appropriate, Capstone Pediatrics PLLC

Thanks
Peter

Peter G. Meek
Senior Vice President
100 N. Tryon Street
NC1-007-31-05
Charlotte, NC  28255-0001
980-683-4390 (work)
980-579-8491 (cell)
704-625-5294 (fax)
peter.meek@bofa.com

**From:** Jim Davis [mailto:JDavis@chironfinance.com]
**Sent:** Tuesday, September 15, 2020 12:11 PM
**To:** CareNation@comcast.net; Meek, Peter <peter.meek@bofa.com>
**Subject:** Re: DDAs for Capstone

Michael,

Thanks for the email. Just to clarify (as we discussed this morning). It is the position of the US Trustee that these bank accounts are still part of the "old" Capstone business which in a non-operating entity at this point. I am the CRO of that entity. Until there is documentation or a ruling that changes the status (or transfer of these accounts to your new entity) these accounts should still be under my signatory authority and the purview of the US trustee.

As we discussed we want to get this resolved as soon as possible.

Thank you.

Best regards,


**Jim Davis** | Director
Chiron Financial LLC | Dallas, Texas
Corporate Headquarters | Fulbright Tower Suite 2800 | 1301 McKinney | Houston, Texas 77010
(713) 929-9086 *direct*
(205) 266-0399 *mobile*
jdavis@chironfinance.com | www.ChironFinance.com


**From:** "CareNation@comcast.net" <CareNation@comcast.net>
**Date:** Tuesday, September 15, 2020 at 11:01 AM

**To:** "'Meek, Peter'" <peter.meek@bofa.com>, "JDavis@chironfinance.com" <JDavis@chironfinance.com>
**Subject:** RE: DDAs for Capstone

Peter,

Post acquisition, as of July 20, 2020 the Capstone banks accounts are part of the assets acquired by ACT/CareNation. They have been superceded by ACT/CareNation as Michael Gaw is the only signer as of July 20, 2020. BOA was notified of this change. Nobody has access to our bank accounts but myself. Jim Davis is no longer CRO and the accounts are controlled by Capstone/ACT/CareNation.

Sincerely,

Michael Gaw

615-739-3371

---

**From:** Meek, Peter <peter.meek@bofa.com>
**Sent:** Tuesday, September 15, 2020 10:52 AM
**To:** Jim Davis <JDavis@chironfinance.com>; CareNation@comcast.net
**Subject:** DDAs for Capstone

Jim, Michael,

Michael has requested that the Bank add him as an authorized signer on the three DDAs for Capstone Pediatrics, PLLC. I discussed the current situation with Jim last night and my understanding is that the three accounts are assets owned by the corporate entity that is in bankruptcy and that Jim is the sole signer on these accounts. Furthermore Jim as CRO has not authorized Michael Gaw or CareNation to be added as an authorized signer one these accounts.

Please advise if my understanding is correct relative to these three accounts under the name of Capstone Pediatrics PLLC – Debtor in possession Case 19-01971.

Thanks
Peter


Peter G. Meek
Senior Vice President
100 N. Tryon Street
NC1-007-31-05
Charlotte, NC  28255-0001

980-683-4390 (work)
980-579-8491 (cell)
704-625-5294 (fax)
peter.meek@bofa.com

---

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

---

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.