# Check Inquiry Summary

Account Number: ███████6239
Account Name: CAPSTONE PEDIATRICS PLLC
Bank ID: 064000020



## Check Details

Check Number: 1261
Account Number: ███████6239
Account Name: CAPSTONE PEDIATRICS PLLC
Bank ID: 064000020

Amount: 500,000.00
Posted Date: 15-Sep-2020
Paid Date: 15-Sep-2020

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

Bank Name: FIRST HORIZON BANK (BOFD)
Date: 15-Sep-2020
R/T: 84000026
Sequence Number: 001000814000

Bank Name: JPMORGAN CHASE BANK, NA
Date: 15-Sep-2020
R/T: 74909962
Sequence Number: 4570457504

Bank Name: BANK OF AMERICA, NA
Date: 15-Sep-2020
R/T: 111012822
Sequence Number: 009492700004