```
                       United States Bankruptcy Court
                        Middle District of Tennessee
CDS Business Services, Inc., d/b/a Newte,
         Plaintiff                                              Adv. Proc. No. 20-90140-RSM

America Cares Trust (ACT),
         Defendant            CERTIFICATE OF NOTICE
District/off: 0650-3          User: bmp2450              Page 1 of 1             Date Rcvd: Sep 18, 2020
                              Form ID: pdf001            Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
dft           +America Cares Trust (ACT),    5655 Granny White Pike,   Brentwood, TN 37027-4101
              +DAN FLEMING,    821 ALEXANDER ROAD SUITE 200,    PRINCETON, NJ 08540-6352
              +DAVID HOUSTON,    BURR & FORMAN LLP,    222 SECOND AVENUE SOUTH SUITE 2000,
                NASHVILLE, TN 37201-2385
              +SAM MCALLESTER,    BONE MCALLESTER NORTON PLLC,    511 UNION STREET SUITE 1600,
                NASHVILLE, TN 37219-1780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              DANIEL HAYS PURYEAR    on behalf of Plaintiff    CDS Business Services, Inc., d/b/a Newtek Business
               Credit dpuryear@puryearlawgroup.com,   paralegalgroup@puryearlawgroup.com
              MEGAN REED SELIBER    on behalf of U.S. Trustee    US TRUSTEE megan.seliber@usdoj.gov
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                               TOTAL: 3

Dated: 9/18/2020

Randal S. Mashburn
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| CDS BUSINESS SERVICES, INC. d/b/a | ) | |
| NEWTEK BUSINESS CREDIT. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | |
| | ) | 3:20-ap-90140 |
| AMERICA CARES TRUST d/b/a | ) | |
| CARENATION | ) | |
| | ) | |
| Defendant. | ) | |

---

AGREED ORDER GRANTING EXPEDITED MOTION FOR PRELIMINARY INJUNCTION

---

Upon consideration of the Expedited Motion filed by CDS Business Services, Inc. d/b/a Newtek Business Credit ("CDS") for a Preliminary Injunction [DE 4] (the "Motion") as well as that certain Supplemental Brief ("Supplemental Brief") [DE 10] filed by CDS in Support of the Motion [DE 10] ; and the court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); and the Court having found that CDS provided due and sufficient notice of the Motion and Supplemental Brief and the relief sought in the Motion; and the Court having found that the relief requested in the Motion and Supplemental Brief is warranted and that it was

expressed at the hearing on this matter there is in fact no opposition to the relief sought by CareNation or any other interested party, all of whom appeared through counsel at the hearing, it is therefore hereby

**ORDERED** as follows:

America Cares Trust (ACT), d/b/a CareNation, its agents (specifically including, but not limited to, Michael Gaw), and any party acting in concert with CareNation, are enjoined, pending further order of this court, from accessing, depositing into, withdrawing from, viewing, using, transferring into or out of, encumbering, or preventing access of Debtor Capstone Pediatrics, PPLC ("Debtor") to any of Debtor's DIP Accounts used or opened at any time in this case including, but not limited to, those certain Bank of America accounts in the name of Debtor bearing account numbers XXXXXXX837, XXXXXXX7579 and XXXXXXX239. In addition, and immediately upon entry of this Order, Michael Gaw of CareNation shall ensure that all checks to any of Debtor's DIP Accounts are immediately turned over to Jim Davis, Chief Restructuring officer for Debtor, at such location as Davis may direct to CareNation and/or Gaw.

IT IS SO ORDERED.

> THIS ORDER WAS SIGNED AND ENTERED
> ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

SUBMITTED FOR ENTRY:

*/s/ Dan Puryear*
Daniel H. Puryear, # 18190
Puryear Law Group PLLC
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205
615-255-4859 (phone)
615-630-6602 (fax)
dpuryear@puryearlawgroup.com

*Counsel for CDS Business Services, Inc. d/b/a Newtek Business Credit*


*/s/ David Houston*
David W. Houston IV, # 20802
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
615-724-3215 (phone)
615-724-3315 (fax)
dhouston@burr.com

*Counsel for Capstone Pediatrics, PLLC*


*/s/ Dan Fleming*
Daniel Fleming
Wong Fleming
821 Alexander Road, Suite 200
Princeton, NJ 08540
609-951-9520 (phone)
609-951-0270 (fax)
dfleming@wongfleming.com

*Counsel for Bank of America, NA*

*/s/ Sam McAllester*
Sam J. McAllester, III, # 3461
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
615-238-6300 (phone)
615-687-2207 (fax)
smcallester@bonelaw.com

*Counsel for America Cares Trust d/b/a CareNation*

*/s/ Megan Seliber*
Megan Seliber, #
Office of the U.S. Trustee, Trial Attorney
318 Customs House, 701 Broadway
Nashville, TN 37203
615-695-4060 (phone)
615-736-2260 (fax)
megan.seliber@usdoj.com

*United States Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on September 18, 2020. Notice of this filing was sent by operation of the Court's electronic filing system to all those parties specifically requesting electronic service and as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Dan Puryear*
Daniel H. Puryear

4

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:20-ap-90140    Doc 15    Filed 09/20/20    Entered 09/20/20 23:46:52    Desc
Imaged Certificate of Notice    Page 5 of 5