# UNITED STATES BANKRUPTCY COURT
## - MIDDLE DISTRICT OF TENNESSEE -

## TRANSCRIPT REQUEST FORM

Please complete one form for each trial or hearing, attach payment (search fee only), and deliver to Clerk's office at: 701 BROADWAY, ROOM 170, NASHVILLE, TN 37203 or file electronically through CM/ECF.

| | |
|---|---|
| **1. NAME OF PARTY REQUESTING TRANSCRIPT**<br>Daniel C. Fleming, Esq. | **2. DATE OF ORDER**<br>9/23/2020 |
| **3. EMAIL ADDRESS**<br>dfleming@wongfleming.com and sshalloo@wongfleming.com | **4. PHONE NUMBER**<br>609-951-9520 |

**5. MAILING ADDRESS**

WONG FLEMING
821 Alexander Road, Suite 200
Princeton, New Jersey 08540

| **6. CASE NUMBER** | **7. CASE NAME** | **8. JUDGE** |
|---|---|---|
| 20-ap-90140 | CS Business Services v. America Cares Trust | Hon. Mashburn |

**9. DATE(S) OF HEARING/TRIAL** (If hearing/trial was on multiple days, please fill in all days hearing/trial held)

From _9/22 Status Conference at 10:30am_ to _____

**10. ORDER IS FOR**
☐ APPEAL    ☐ BANKRUPTCY    ☑ ADVERSARY
☐ OTHER:_____

**11. PORTIONS REQUESTED** (Indicate the portion of the hearing/trial requested)
☑ Entire Hearing/Trial        ☐ Court Ruling Only
☐ Voir Dire                        ☐ Testimony of (Specify Name):
☐ Opening Statement (Plaintiff)        _____
☐ Opening Statement (Defendant)       _____
☐ Closing Statement (Plaintiff)           _____
☐ Closing Statement (Defendant)    ☐ Other: _____

**12. REQUESTED TURNAROUND TIME**
☐ Daily (24-Hour)        ☐ 7-Day Expedited
☐ 14-Day Expedited      ☐ Standard (30-Day)

**13. NUMBER OF COPIES REQUESTED** (Transcript request includes 1 copy for the Court)    1

*By signing below, I certify that I will pay all charges for the preparation of the transcript, including search fee, deposit, and any additional charges as specified by the assigned transcriptionist.*

/s/ Daniel C. Fleming                                    9/23/2020
_____           _____
Signature of Person Ordering                         Date

| FOR COURT USE ONLY | DATE | BY |
|---|---|---|
| ORDER RECEIVED BY INTAKE | | |
| SEARCH FEE PAID | | |
| FILE(S) UPLOADED | | |

jjk 3/2019