IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| CDS BUSINESS SERVICES, INC. | ) | |
| d/b/a NEWTEK BUSINESS CREDIT. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 3:20-ap-90140 |
| | ) | |
| | ) | |
| AMERICA CARES TRUST d/b/a | ) | |
| CARENATION | ) | |
| | ) | |
| Defendant. | ) | |

_____

**EXPEDITED ORDER
SETTING HEARING ON AMERICA CARES TRUST d/b/a CARENATION'S SECOND
EXPEDITED MOTION AND SUPPORTING MEMORANDUM FOR
LIMITED RELIEF FROM PRELIMINARY INJUNCTION
AND CONTINUANCE OF PRETRIAL CONFERENCE**
_____

Defendant America Cares Trust, Inc. d/b/a CareNation ("**CareNation**") has filed a Second Expedited Motion and Supporting Memorandum for Limited Relief from the Preliminary Injunction entered by this Court on September 18, 2020 (Docket Entry 12) and a Continuance of
{02129878.4 }`1                    1

Case 3:20-ap-90140    Doc 41-1    Filed 10/27/20    Entered 10/27/20 17:35:36    Desc
Exhibit 1 - Proposed LBR 9075 Order Setting Hearing    Page 1 of 4

the Pretrial Conference set for November 4, 2020 (Docket Entry 6). Based upon the allegations in the motion, good cause exists to schedule an expedited hearing.

The Court anticipates that the Plaintiff, CDS Business Services, Inc. d/b/a Newtek Business Credit ("**CDS**") will be responding promptly to the expedited motion. Accordingly, even though the hearing is being set on an expedited basis, the Court expects CDS to be in a position to respond to the matter quickly. Therefore, the following procedures will apply.

1. A hearing will be conducted telephonically at \_\_\_:\_\_\_ \_\_\_.m. on _____ \_\_\_\_, 2020. The call-in information is: Call-In Number:_____; Access Code: _____,. CareNation shall upload any exhibits expected to be presented at the hearing no later than 12:00 p.m. on _____, _____ \_\_\_\_ 2020, through use of the Court's Electronic Evidence Submission Application ("**EESA**"), using a numbering system where CareNation's exhibits will start with #1001.

3. CDS shall file any response it wishes to file by 5:00 p.m. on _____. _____ \_\_\_\_\_, 2020.

4. CDS shall upload any exhibits expected to be presented at the hearing no later than \_\_:\_\_ \_\_.m. on _____, _____ \_\_\_\_, 2020, through use of EESA, using a numbering system where CDS' exhibits will start with #2001.

5. CareNation shall serve this order upon CDS by the fastest means available as soon as possible after entry on _____ \_\_\_\_, 2020.

It is so **ORDERED.**

*[This order was signed and entered electronically as indicated at the top of the first page.]*

{02129878.4 }`1             2

Case 3:20-ap-90140    Doc 41-1    Filed 10/27/20    Entered 10/27/20 17:35:36    Desc
Exhibit 1 - Proposed LBR 9075 Order Setting Hearing    Page 2 of 4

**SUBMITTED FOR ENTRY:**

**BONE McALLESTER NORTON PLLC**

*/s/ William J. Haynes, III*
Sam J. McAllester III, #03461
William J. Haynes III, #17398
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6300 Phone
(615) 238-6301 Facsimile
Email: smcallester@bonelaw.com
  whaynes@bonelaw.com

*Attorney for America Cares Trust,*
 *d/b/a CareNation*

{02129878.4 }`1                    3

Case 3:20-ap-90140   Doc 41-1   Filed 10/27/20   Entered 10/27/20 17:35:36   Desc
Exhibit 1 - Proposed LBR 9075 Order Setting Hearing   Page 3 of 4

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was filed electronically on October 27, 2020. Notice of this filing was sent by operation of the Court's electronic filing system to all those parties specifically requesting electronic service and as indicated on the electronic filing receipt. Parties may also access this filing through the Court's electronic filing system.

Daniel H. Puryear
Puryear Law Group PLLC
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205
dpuryear@puryearlawgroup.com
*Counsel for the Plaintiff,*
*CDS Business Services, Inc.*
*d/b/a Newtek Business Credit*

David W. Houston IV
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
dhouston@burr.com
*Counsel for Capstone Pediatrics, PLLC*

Daniel Fleming
Wong Fleming
821 Alexander Road, Suite 200
Princeton, NJ 08540
dfleming@wongfleming.com
*Counsel for Bank of America, NA\*

Megan Seliber
Office of the U.S. Trustee, Trial Attorney
318 Customs House, 701 Broadway
Nashville, TN 37203
megan.seliber@usdoj.com
*Counsel for the United States Trustee*

                                                          /s/William J. Haynes, III _____
                                                          William J. Haynes, III

{02129878.4 }`1                                  4

Case 3:20-ap-90140   Doc 41-1   Filed 10/27/20   Entered 10/27/20 17:35:36   Desc
Exhibit 1 - Proposed LBR 9075 Order Setting Hearing   Page 4 of 4