# UNITED STATES BANKRUPTCY COURT
## - MIDDLE DISTRICT OF TENNESSEE -

## AUDIO CD REQUEST FORM

Please complete one form for each trial or hearing, attach payment (search fee only), and deliver to Clerk's office at 701 BROADWAY, ROOM 170, NASHVILLE, TN 37203 or file electronically through CM/ECF.

| | |
|---|---|
| **1. NAME OF PARTY REQUESTING CD**<br>CDS Business Services, Inc. d/b/a Newtek Business Credit | **2. DATE OF ORDER**<br>12/11/20 |
| **3. EMAIL ADDRESS**<br>dpuryear@puryearlawgroup.com | **4. PHONE NUMBER**<br>615-255-4859 |

**5. MAILING ADDRESS**

c/o Puryear Law Group
104 Woodmont Blvd, Suite 201
Nashville, TN 37205

| | | |
|---|---|---|
| **6. CASE NUMBER**<br>3:20-ap-90140 | **7. CASE NAME**<br>CDS Business Servics v. America Cares Trust | **8. JUDGE**<br>Mashburn |

**9. DATE(S) OF HEARING/TRIAL** (If hearing/trial was on multiple days, please fill in all days hearing/trial held)

From 9/17/2020 to 9/17/2020

**10. ORDER IS FOR**
☐ APPEAL  ☐ BANKRUPTCY  ☑ ADVERSARY
☐ OTHER:_____

**11. NUMBER OF COPIES REQUESTED** 1
(Note: Complete one copy of this form for each hearing/trial date requested.)

**12. PICK-UP/DELIVERY**
Requesting Party:
☐ Will wait while the audio CD is prepared.
☑ Will return to pick-up the audio CD.
☐ Has provided a self-addressed, postage-paid mailing envelope.

| FOR COURT USE ONLY | DATE | BY | CD PICKED-UP OR DELIVERED TO: | |
|---|---|---|---|---|
| ORDER RECEIVED BY INTAKE | | | INITIALS | |
| SEARCH FEE PAID | | | DATE | |
| CD CREATED/DELIVERED | | | | |