IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| CDS BUSINESS SERVICES, INC. | ) | |
| d/b/a NEWTEK BUSINESS CREDIT. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 3:20-ap-90140 |
| | ) | |
| AMERICA CARES TRUST d/b/a | ) | |
| CARENATION | ) | |
| | ) | |
| Defendant. | ) | |

**EXPEDITED ORDER
SETTING HEARING ON AMERICA CARES TRUST d/b/a CARENATION'S THIRD
EXPEDITED MOTION AND SUPPORTING MEMORANDUM FOR
RELIEF FROM PRELIMINARY INJUNCTION
AND REQUEST FOR FED. R. BANKR. P. 7016 CONFERENCE**

The Defendant, America Cares Trust, Inc. d/b/a CareNation ("**CareNation**"), has filed a Third Expedited Motion and Supporting Memorandum for Relief from the Preliminary Injunction entered by this Court on September 18, 2020 (Docket Entry 12) and a Request for

{02162992.1}`1                                     1

Fed. R. Civ. P. 7016 Conference. Based upon the allegations in the motion, good cause exists to schedule an expedited hearing.

The Court anticipates that the Plaintiff, CDS Business Services, Inc. d/b/a Newtek Business Credit ("**CDS**") will be responding promptly to the expedited motion. Accordingly, even though the hearing is being set on an expedited basis, the Court expects CDS to be in a position to respond to the matter quickly. Therefore, the following procedures will apply.

1. A hearing will be conducted telephonically at ___:___ ___.m. on _____ ____, 2021. The call-in information is: Call-In Number:_____; Access Code: _____,. CareNation shall upload any exhibits expected to be presented at the hearing no later than __:__ __.m. on _____, _____ ____ 2021, through use of the Court's Electronic Evidence Submission Application ("**EESA**"), using a numbering system where CareNation's exhibits will start with #1001.

3. CDS shall file any response it wishes to file by ___:___ a.m. on _____. _____ _____, 2021.

4. CDS shall upload any exhibits expected to be presented at the hearing no later than __:__ __.m. on _____, _____ ____, 2021, through use of EESA, using a numbering system where CDS' exhibits will start with #2001.

5. CareNation shall serve this order upon CDS by the fastest means available as soon as possible after entry on _____ ____, 2021.

It is so **ORDERED.**

*[This order was signed and entered electronically as indicated at the top of the first page.]*

{02162992.1 }`1                                    2

Case 3:20-ap-90140    Doc 59-1    Filed 01/05/21    Entered 01/05/21 17:34:23    Desc Exhibit 1 Proposed Rule 9075 Order Setting Hearing    Page 2 of 5

**SUBMITTED FOR ENTRY:**

**BONE McALLESTER NORTON PLLC**

*/s/ William J. Haynes, III*
Sam J. McAllester III, #03461
William J. Haynes III, #17398
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6300 Phone
(615) 238-6301 Facsimile
Email:  smcallester@bonelaw.com
            whaynes@bonelaw.com

*Attorney for America Cares Trust,
 d/b/a CareNation*

{02162992.1 }`1                                       3

Case 3:20-ap-90140    Doc 59-1    Filed 01/05/21    Entered 01/05/21 17:34:23    Desc
Exhibit 1 Proposed Rule 9075 Order Setting Hearing    Page 3 of 5

# CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was filed electronically on January 5, 2021. Notice of this filing was sent by operation of the Court's electronic filing system to all those parties specifically requesting electronic service and as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. In addition, notice was sent in the manner set forth in section 3, above.

  Daniel H. Puryear
  Puryear Law Group PLLC
  104 Woodmont Boulevard, Suite 201
  Nashville, TN 37205
  dpuryear@puryearlawgroup.com
  *Counsel for the Plaintiff,*
  *CDS Business Services, Inc.*
  *d/b/a Newtek Business Credit*

  David W. Houston IV
  Burr & Forman LLP
  222 Second Avenue South, Suite 2000
  Nashville, TN 37201
  dhouston@burr.com
  *Counsel for Capstone Pediatrics, PLLC*

  Daniel Fleming
  Wong Fleming
  821 Alexander Road, Suite 200
  Princeton, NJ 08540
  dfleming@wongfleming.com
  *Counsel for Bank of America, NA*

  Megan Seliber
  Office of the U.S. Trustee, Trial Attorney
  318 Customs House, 701 Broadway
  Nashville, TN 37203
  megan.seliber@usdoj.com
  *Counsel for the United States Trustee*

  Michael Gigandet, Trustee
  Law Office of Michael Gigandet
  208 Centre Street
  Pleasant View, TN 37146
  michael@mgigandet.com

            */s/William J. Haynes, III* \_\_\_\_\_
            William J. Haynes, III

{02162992.1 }`1         4

Case 3:20-ap-90140  Doc 59-1  Filed 01/05/21  Entered 01/05/21 17:34:23  Desc
Exhibit 1 Proposed Rule 9075 Order Setting Hearing  Page 4 of 5

{02162992.1 }`1 5

Case 3:20-ap-90140    Doc 59-1    Filed 01/05/21    Entered 01/05/21 17:34:23    Desc
Exhibit 1 Proposed Rule 9075 Order Setting Hearing    Page 5 of 5