# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| _____) | |
| ) | |
| CDS BUSINESS SERVICES, INC. d/b/a ) | |
| NEWTEK BUSINESS CREDIT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 3:20-ap-90140 |
| ) | |
| ) | |
| AMERICA CARES TRUST (ACT) d/b/a ) | |
| CARENATION ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW
## AND TO STAY DEADLINE FOR RESPONSE TO
## MOTION TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT

Pursuant to local rule LBR 2091-1, undersigned counsel hereby moves to withdraw as counsel for America Cares Trust (ACT) d/b/a CareNation.

Undersigned respectfully requests that Defendant have thirty (30) days to find new counsel and to answer Plaintiff CDS Business Services, Inc. d/b/a Newtek Business Credit's Motion to File an Amended and Supplemental Complaint (Doc. No. 76), which was filed on August 17, 2021.

                          Respectfully submitted,

             By:    /s/ William J. Haynes III
                    William J. Haynes III
                    BONE McALLESTER NORTON PLLC
                    511 Union Street, Suite 1000
                    Nashville, TN 37219
                    (615) 238-6300 (telephone)
                    (615) 238-6301 (facsimile)
                    whaynes@bonelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on the following via ECF, this the 20th day of August, 2021.

Daniel H. Puryear, Esq.
M. Andrew Pippenger, Esq.
Puryear Law Group Pllc
104 Woodmont Blvd., Suite 201
Nashville, Tn 37205
Dpuryear@Puryearlawgroup.Com
*Counsel For Plaintiff Cds Business*
*Services, Inc. D/B/A Newtek Business Credit*

David W. Houston IV, Esq.
Emily Campbell Taube, Esq.
Burr & Forman LLP
222 Second Avenue South
Suite 2000
Nashville, TN 37201

Michael Gigandet, Esq.
Law Office of Michael Gigandet
208 Centre St
Pleasant View, TN 37146

Natalie M. Cox, Esq.
Megan Reed Seliber, Esq.
US Dept of Justice
Office of the US Trustee
701 Broadway, Ste 318
Nashville, TN 37203

{02281265.2 }

/s/ William J. Haynes III