_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 8/20/2021



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | |
| ) | |
| CDS BUSINESS SERVICES, INC. d/b/a ) | |
| NEWTEK BUSINESS CREDIT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adv. Proc. No. 3:20-ap-90140 |
| ) | |
| AMERICA CARES TRUST d/b/a ) | |
| CARENATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER REGARDING MOTION TO FILE AMENDED
AND SUPPLEMENTAL COMPLAINT**

CDS Business Services, Inc. d/b/a Newtek Business Credit ("CDS") has filed a motion for leave to file an amended and supplemental complaint against America Cares Trust d/b/a CareNation ("CareNation"). The Court orders as follows:

1. Any opposition to the motion must be filed by **September 3, 2021.**

2. If no timely response is filed, CDS shall submit an order granting the motion. In that event, counsel for CDS and CareNation shall confer and attempt to find a convenient and available time (after consultation with the Courtroom Deputy) for a further pretrial/scheduling conference to address how the litigation will move forward toward a resolution. If the parties are unable to reach an agreement in that regard, CDS shall file a motion requesting that such a conference be scheduled.

3. If a response is timely filed opposing the relief in the motion, a hearing will be conducted at **9:30 a.m. on September 14, 2021**, in Courtroom 1, Customs House, 701 Broadway, Nashville, Tennessee (unless circumstances arise resulting in a subsequent order converting it to a video or telephonic hearing).

4. If the hearing remains scheduled for in-person participation, any motion to appear by video or telephonically instead of in person shall be filed no later than **September 9, 2021**.

IT IS SO ORDERED.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.