IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 3:19-bk-1971** |
| **CAPSTONE PEDIATRICS, PLLC,** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **CDS BUSINESS SERVICES, INC.** | ) | |
| **d/b/a NEWTEK BUSINESS CREDIT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Adv. Proc. No. 3:20-ap-90140** |
| | ) | |
| | ) | |
| **AMERICA CARES TRUST (ACT)** | ) | |
| **d/b/a CARENATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER GRANTING SUPPLEMENTAL MOTION TO WITHDRAW

The Supplemental Motion to Withdraw and to Stay Deadline for Response to the Motion to File Amended and Supplemental Complaint (Docket Entry No. 84) came to be heard by this Court on August 31, 2021 at 9:30 a.m. Upon consideration of said "**Supplemental Motion**" and the arguments of counsel for the parties, and for good cause shown, the Court **GRANTS** the Supplemental Motion.

It is therefore **ORDERED** that the law firm of Bone McAllester Norton PLLC and its attorneys of record in this matter for America Cares Trust, Inc. d/b/a CareNation ("**Defendant**") Sam J. McAllester III and William J. Haynes III (collectively "**Bone McAllester Norton**") are granted **LEAVE TO WITHDRAW** as counsel of record for ACT in this matter. Accordingly,

Bone McAllester Norton is relieved of any further obligations related to representing Defendant in this case and the Clerk and all remaining counsel of record are hereby directed to send notice of all future filings directly to Defendant at the address below until new counsel enters an appearance.

It is so **ORDERED.**

**APPROVED FOR ENTRY:**

**BONE McALLESTER NORTON PLLC**

/s/ William J. Haynes III
Sam J. McAllester III #3461
William J. Haynes III #17398
511 Union Street, Suite 1000
Nashville, TN 37219
(615) 238-6300 (telephone)
(615) 238-6301 (facsimile)
smcallester@bonelaw.com
whaynes@bonelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on the following via ECF or electronic mail, this the 31st day of August, 2021.

Daniel H. Puryear, Esq.
M. Andrew Pippenger, Esq.
Puryear Law Group Pllc
104 Woodmont Blvd., Suite 201
Nashville, Tn 37205
Dpuryear@Puryearlawgroup.Com

David W. Houston IV, Esq.
Emily Campbell Taube, Esq.
Burr & Forman LLP

222 Second Avenue South
Suite 2000
Nashville, TN 37201

Michael Gigandet, Esq.
Law Office of Michael Gigandet
208 Centre St
Pleasant View, TN 37146

Natalie M. Cox, Esq.
Megan Reed Seliber, Esq.
US Dept of Justice
Office of the US Trustee
701 Broadway, Ste 318
Nashville, TN 37203

America Cares Trust, Inc. d/b/a CareNation | Designated Address for Service
Attn: Michael Gaw
4117 Hillsboro Pike
Suite 103
Nashville, TN 37215

America Cares Trust, Inc. d/b/a CareNation | Principal Address
10 Eldad Road
Fayetteville, TN 37334-7005

America Cares Trust, Inc. d/b/a CareNation | Registered Address
Registered Agent for Service of Process – Michael Gaw
5655 Granny White Pike
Brentwood, TN 37027-4101

/s/ William J. Haynes III