CDS Business Services, Inc., d/b/a Newte,
    Plaintiff

America Cares Trust (ACT),
    Defendant

Adv. Proc. No. 20-90140-RSM

# CERTIFICATE OF NOTICE

| District/off: 0650-3 | User: slw0703 | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 02, 2021 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + America Cares Trust (ACT), 5655 Granny White Pike, Brentwood, TN 37027-4101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cc | *+ | America Cares Trust (ACT), 5655 Granny White Pike, Brentwood, TN 37027-4101 |
| cc | *+ | America Cares Trust (ACT), 5655 Granny White Pike, Brentwood, TN 37027-4101 |
| cd | *+ | America Cares Trust (ACT), 5655 Granny White Pike, Brentwood, TN 37027-4101 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 04, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL CHAMBERLIN FLEMING | on behalf of Creditor BANK OF AMERICA N.A. dfleming@wongfleming.com sshalloo@wongfleming.com |
| DANIEL HAYS PURYEAR | on behalf of Counter-Defendant CDS Business Services Inc., d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com |
| MEGAN REED SELIBER | on behalf of U.S. Trustee US TRUSTEE megan.seliber@usdoj.gov |

SAM J. MCALLESTER, III
    on behalf of Defendant America Cares Trust (ACT) smcallester@bonelaw.com

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

WILLIAM JOSEPH HAYNES III
    on behalf of Defendant America Cares Trust (ACT) whaynes@bonelaw.com  lparker@bonelaw.com

TOTAL: 6



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 3:19-bk-1971 |
| **CAPSTONE PEDIATRICS, PLLC,** ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| **CDS BUSINESS SERVICES, INC.** ) | |
| **d/b/a NEWTEK BUSINESS CREDIT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 3:20-ap-90140 |
| ) | |
| **AMERICA CARES TRUST (ACT)** ) | |
| **d/b/a CARENATION,** ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING SUPPLEMENTAL MOTION TO WITHDRAW

The Supplemental Motion to Withdraw and to Stay Deadline for Response to the Motion to File Amended and Supplemental Complaint (Docket Entry No. 84) came to be heard by this Court on August 31, 2021 at 9:30 a.m. Upon consideration of said "**Supplemental Motion**" and the arguments of counsel for the parties, and for good cause shown, the Court **GRANTS** the Supplemental Motion.

It is therefore **ORDERED** that the law firm of Bone McAllester Norton PLLC and its attorneys of record in this matter for America Cares Trust, Inc. d/b/a CareNation ("**Defendant**") Sam J. McAllester III and William J. Haynes III (collectively "**Bone McAllester Norton**") are granted **LEAVE TO WITHDRAW** as counsel of record for ACT in this matter. Accordingly,

{02285552.2 }
02282379.docx.v3-8/31/21

Bone McAllester Norton is relieved of any further obligations related to representing Defendant in this case and the Clerk and all remaining counsel of record are hereby directed to send notice of all future filings directly to Defendant at the address below[*] until new counsel enters an appearance.

It is so **ORDERED**.

**APPROVED FOR ENTRY:**

**BONE McALLESTER NORTON PLLC**

/s/ William J. Haynes III
Sam J. McAllester III #3461
William J. Haynes III #17398
511 Union Street, Suite 1000
Nashville, TN 37219
(615) 238-6300 (telephone)
(615) 238-6301 (facsimile)
smcallester@bonelaw.com
whaynes@bonelaw.com

[*]Pursuant to statements by counsel at the hearing on the motion to withdraw, the address for the Defendant's registered agent is the one reflected below in the certificate of service at 5655 Granny White Pike, Nashville, TN 37207-4101

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following via ECF or electronic mail, this the 31st day of August, 2021.

Daniel H. Puryear, Esq.
M. Andrew Pippenger, Esq.
Puryear Law Group Pllc
104 Woodmont Blvd., Suite 201
Nashville, Tn 37205
Dpuryear@Puryearlawgroup.Com

David W. Houston IV, Esq.
Emily Campbell Taube, Esq.
Burr & Forman LLP

{02285552.2 }

2

02282379.docx.v3-8/31/21

222 Second Avenue South
Suite 2000
Nashville, TN 37201

Michael Gigandet, Esq.
Law Office of Michael Gigandet
208 Centre St
Pleasant View, TN 37146

Natalie M. Cox, Esq.
Megan Reed Seliber, Esq.
US Dept of Justice
Office of the US Trustee
701 Broadway, Ste 318
Nashville, TN 37203

America Cares Trust, Inc. d/b/a CareNation | Designated Address for Service
Attn: Michael Gaw
4117 Hillsboro Pike
Suite 103
Nashville, TN 37215

America Cares Trust, Inc. d/b/a CareNation | Principal Address
10 Eldad Road
Fayetteville, TN 37334-7005

America Cares Trust, Inc. d/b/a CareNation | Registered Address
Registered Agent for Service of Process – Michael Gaw
5655 Granny White Pike
Brentwood, TN 37027-4101

    /s/ William J. Haynes III

{02285552.2 }

02282379.docx.v3-8/31/21

3

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:20-ap-90140   Doc 90   Filed 09/04/21   Entered 09/04/21 23:39:16   Desc
Imaged Certificate of Notice   Page 5 of 5