Dated: 9/22/2021

Randal S. Mashburn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| CDS BUSINESS SERVICES, INC. ) | |
| d/b/a NEWTEK BUSINESS CREDIT. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 3:20-ap-90140 |
| ) | |
| ) | |
| AMERICA CARES TRUST d/b/a ) | |
| CARENATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT

This matter came before this Court on the Motion of CDS Business Services, Inc. d/b/a Newtek Business Credit ("CDS") for leave to File Amended and Supplemental Complaint. On September 1, 2021, this Court entered an Order [Doc. 86] providing that any opposition to CDS' Motion must be filed by September 17, 2021, and that absent any filed objection CDS was to submit an Order granting the Motion.

Finding that no opposition to the Motion has been filed, CDS' Motion to File Amended and Supplemental Complaint is GRANTED.

It is so **ORDERED.**

*[This order was signed and entered electronically as indicated at the top of the first page.]*

**SUBMITTED FOR ENTRY:**

*/s/ Daniel H. Puryear*_____
Daniel H. Puryear;  #018190
Puryear Law Group PLLC
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205
(615) 630-6601 (phone)
(615) 630-6003 (fax)
dpuryear@puryearlawgroup.com

*Counsel for the Plaintiff,*
*CDS Business Services, Inc.*
*d/b/a Newtek Business Credit*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on September 21, 2021, and served by operation of the Court's electronic filing system to all those parties specifically requesting electronic service and as indicated on the electronic filing receipt:

Additionally, the following were served via first class U.S. Mail, postage prepaid:

America Cares Trust d/b/a CareNation
c/o Michael Gaw, Registered Agent
5655 Granny White Pike
Brentwood, TN  37027

America Cares Trust d/b/a CareNation
10 Eldad Road
Fayetteville, TN  37334

America Cares Trust d/b/a CareNation
Attn: Michael Gaw
4117 Hillsboro Pike, Suite 103
Nashville, TN  37215

/s/ Daniel H. Puryear
Daniel H. Puryear

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:20-ap-90140    Doc 92    Filed 09/22/21    Entered 09/22/21 14:15:38    Desc Main
Document      Page 3 of 3