**Form clkinq**

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. **3:20–ap–90140**
### Adversary Case

Related Bankruptcy Proceeding No.: 3:19–bk–01971

Plaintiff : CDS Business Services, Inc., d/b/a Newtek Business Credit

vs

Defendant : America Cares Trust (ACT)

---

## CLERK'S REMARK

---

Remark – Notification to Filer [Re 94, Motion Requesting Entry of Default from Clerk in Adversary Proceeding]: the Filer requested Entry of Default by the Clerk. To date, the Filer has failed to submit a completed Form 2600 (Entry of Default) for the entry to be executed by the Clerk. Until the Filer submits Form 2600, the Entry of Default (which precedes the motion for default) cannot be processed by the Clerk. (RE: related document(s)94 Motion Requesting Entry of Default from Clerk – AP Motion) (kjw)

Dated: <u>10/13/21</u>                                                                       <u>TERESA C. AZAN</u>
                                                                                              Court Clerk