B2600 (Form 2600) (12/15)

# United States Bankruptcy Court

Middle District Of Tennessee

In re Capstone Pediatrics, PLLC, )
Debtor ) Case No. 3:19-bk-1971
)
CDS Business Services, Inc. d/b/a ) Chapter 11
Newtek Business Credit, )
Plaintiff )
)
v. )
America Cares Trust (ACT) d/b/a CareNation ) Adv. Proc. No. 3:20-ap-90140
Defendant )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name: America Cares Trust (ACT) d/b/a CareNation

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
Clerk of the Bankruptcy Court

_____ By:_____
Date Deputy Clerk