B2600 (Form 2600) (12/15)

# United States Bankruptcy Court

__Middle__ District Of __Tennessee__

In re __Capstone Pediatrics, PLLC,__ )
        Debtor )  Case No. __3:19-bk-1971__
__CDS Business Services, Inc. d/b/a__ )
__Newtek Business Credit,__ )  Chapter __11__
        Plaintiff )
)
        v. )
__America Cares Trust (ACT) d/b/a CareNation__, )  Adv. Proc. No. __3:20-ap-90140__
        Defendant )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name: America Cares Trust (ACT) d/b/a CareNation

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

                                                                   Clerk of the Bankruptcy Court
                                                                   Teresa C. Azan

10/14/2021                            By:                       
Date                                                                    Deputy Clerk