CDS Business Services, Inc., d/b/a Newte,

    Plaintiff

Adv. Proc. No. 20-90140-RSM

America Cares Trust (ACT),

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0650-3 | User: kjw1028 | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: clkinq | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | SAM J. MCALLESTER, III, BONE MCALLESTER NORTON, PLLC, 511 UNION ST STE 1600, NASHVILLE, TN 37219-1780 |
| aty | + | WILLIAM JOSEPH HAYNES III, BONE MCALLESTER NORTON PLLC, 511 UNION STREET STE 1600, NASHVILLE, TN 37219-1780 |
| dft | + | America Cares Trust (ACT), 5655 Granny White Pike, Brentwood, TN 37027-4101 |
| pla | + | CDS Business Services, Inc., d/b/a Newtek Business, c/o Daniel H. Puryear, Esq., Puryear Law Group, 104 Woodmont Boulevard, Suite 201 Nashville, TN 37205-2245 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cc | *+ | America Cares Trust (ACT), 5655 Granny White Pike, Brentwood, TN 37027-4101 |
| cc | *+ | America Cares Trust (ACT), 5655 Granny White Pike, Brentwood, TN 37027-4101 |
| cd | *+ | America Cares Trust (ACT), 5655 Granny White Pike, Brentwood, TN 37027-4101 |
| cd | *+ | CDS Business Services, Inc., d/b/a Newtek Business, c/o Daniel H. Puryear, Esq., Puryear Law Group, 104 Woodmont Boulevard, Suite 201, Nashville, TN 37205-2245 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021        Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL CHAMBERLIN FLEMING | |

on behalf of Creditor BANK OF AMERICA N.A. dfleming@wongfleming.com  sshalloo@wongfleming.com

DANIEL HAYS PURYEAR

on behalf of Counter-Defendant CDS Business Services  Inc., d/b/a Newtek Business Credit dpuryear@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com

MEGAN REED SELIBER

on behalf of U.S. Trustee US TRUSTEE megan.seliber@usdoj.gov

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov


TOTAL: 4

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. 3:20−ap−90140
### Adversary Case

Related Bankruptcy Proceeding No.:  3:19−bk−01971

Plaintiff : CDS Business Services, Inc., d/b/a Newtek Business Credit

   vs

Defendant : America Cares Trust (ACT)

---

### CLERK'S REMARK

---

Remark − Notification to Filer [Re 94, Motion Requesting Entry of Default from Clerk in Adversary Proceeding]: the Filer requested Entry of Default by the Clerk. To date, the Filer has failed to submit a completed Form 2600 (Entry of Default) for the entry to be executed by the Clerk. Until the Filer submits Form 2600, the Entry of Default (which precedes the motion for default) cannot be processed by the Clerk. (RE: related document(s)94 Motion Requesting Entry of Default from Clerk − AP Motion) (kjw)

Dated: 10/13/21

TERESA C. AZAN
Court Clerk