IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| CDS BUSINESS SERVICES, INC. d/b/a | ) | |
| NEWTEK BUSINESS CREDIT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 3:20-ap-90140 |
| | ) | |
| | ) | |
| AMERICA CARES TRUST (ACT) d/b/a | ) | |
| CARENATION | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CERTIFICATE OF SERVICE

Comes now Plaintiff, CDS Business Services, Inc. d/b/a Newtek Business Credit

("Plaintiff"), by and through counsel, and gives notice that on November 18, 2021, Plaintiff served

this Court's *Order Granting Motion for Default Judgment and Certifying a Portion of the Relief*

*Granted Herein as Final Pursuant to Fed. R. Civ. P. 54(B)* [DE 101] to the Defendant via first

class U.S. Mail, postage prepaid:

America Cares Trust d/b/a CareNation
c/o Michael Gaw, Registered Agent
5655 Granny White Pike
Brentwood, TN 37027

America Cares Trust d/b/a CareNation
10 Eldad Road
Fayetteville, TN 37334

America Cares Trust d/b/a CareNation
Attn: Michael Gaw
4117 Hillsboro Pike, Suite 103
Nashville, TN 37215

America Cares Trust d/b/a CareNation
P.O. Box 2029
Brentwood, TN 37024-2029

Respectfully submitted,

/s/ Daniel H. Puryear

Daniel H. Puryear; No. 018190
M. Andrew Pippenger; No. 018183
Puryear Law Group PLLC
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205
615-630-6601 (phone)
615-630-6602 (fax)
dpuryear@puryearlawgroup.com
apippenger@puryearlawgroup.com

*Attorneys for CDS Business Services, Inc.*
*d/b/a Newtek Business Credit*