Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 3/3/2022



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Mashburn |
| | ) | |
| CDS BUSINESS SERVICES, INC. d/b/a NEWTEK BUSINESS CREDIT, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Proc. No. 3:20-ap-90140 |
| | ) | |
| AMERICA CARES TRUST d/b/a CARENATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING STATUS/SCHEDULING CONFERENCE
ON MOTION TO SET ASIDE DEFAULT JUDGMENT**

America Cares Trust d/b/a CareNation ("CareNation") has filed a motion to set aside a default judgment obtained by CDS Business Services, Inc. d/b/a Newtek Business Credit ("CDS"). It appears that there could be a number of factual and legal issues involved if the matter is not resolved by the parties. Accordingly, before addressing the merits of the motion, the Court will conduct a status/scheduling conference to consider any procedures that need to be put in place, a deadline for a response and any potential briefing on legal issues, expectations regarding witnesses and other evidence that may be presented, amount of time anticipated for a hearing, and a date for a hearing on the motion.

The Court already has a hearing and status/scheduling conference relating to an issue in the main bankruptcy case set for March 10, 2022. Since some of the same attorneys may be involved, the Court will conduct a status/scheduling conference regarding this adversary proceeding in conjunction with the matter in the main case. Therefore, the status/scheduling conference will be conducted at **10:30 a.m. on March 10, 2022, in Courtroom 1, Customs House, 701 Broadway, Nashville, TN.**

IT IS SO ORDERED.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.