# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:

  CAPSTONE PEDIATRICS PLLC,

    Debtor.

Case No. 3:19-bk-01971
Chapter 7
Judge Mashburn

CDS BUSINESS SERVICES INC. d/b/a NEWTEK BUSINESS CREDIT,

    Plaintiff,

v.

AMERICA CARES TRUST d/b/a CARENATION,

    Defendant.

Case No. 3:20-ap-90140
Judge Mashburn

## NOTICE OF APPEARANCE

Paul Krog and the law firm of Bulso PLC hereby enter their appearance on behalf of America Case Trust (Act) d/b/a CareNation.

    Respectfully submitted,

    s/ Paul J. Krog
    Eugene N. Bulso Jr. (Tenn. No. 12005)
    Paul J. Krog (Tenn. No. 29263)
    BULSO PLC
    155 Franklin Rd.
    Suite 400
    gbulso@bulso.com
    pkrog@bulso.com
    Tel.: (615) 913-5200
    Fax: (615) 913-5150
    *Attorneys for America Case Trust (Act) d/b/a CareNation*

## Certificate of Service

I hereby certify that I have submitted the foregoing via the Court's ECF system, which is expected to deliver it via electronic means to the following on this day, March 10, 2022:

> Daniel H. Puryear
> 104 Woodmont Blvd., Ste. 201
> Nashville, TN 37205
> 615-255-4859
> 615-630-6602
> dpuryear@puryearlawgroup.com
> *Counsel for Plaintiff*

                                        s/ Paul J. Krog
                                        Paul J. Krog