Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 3/11/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 3:19-bk-1971 |
| CAPSTONE PEDIATRICS, PLLC, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | Judge Mashburn |
| ) | |
| CDS BUSINESS SERVICES, INC. d/b/a ) | |
| NEWTEK BUSINESS CREDIT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adv. Proc. No. 3:20-ap-90140 |
| ) | |
| AMERICA CARES TRUST d/b/a ) | |
| CARENATION, ) | |
| ) | |
| Defendant. ) | |

**SCHEDULING ORDER REGARDING
MOTION TO SET ASIDE DEFAULT JUDGMENT**

America Cares Trust d/b/a CareNation ("CareNation") has filed a motion to set aside a default judgment obtained by CDS Business Services, Inc. d/b/a Newtek Business Credit ("CDS"). The Court conducted a status/scheduling conference on March 10, 2022, with counsel for CDS, Daniel Puryear, and new counsel for CareNation, Paul Krog, appearing. After consultation with counsel, the Court adopted a schedule for consideration of the motion:

1. On or before March 17, 2022, CareNation shall take appropriate steps to do one of the following: (a) withdrawal of the motion, (b) amendment of the motion; or (c) filing of a notice stating CareNation's intent to continue to pursue the motion as currently filed.

2. To the extent the motion is amended or CareNation indicates its intention to pursue the motion as currently filed, CDS shall file a response on or before April 1, 2022.

3. Unless the motion is withdrawn or otherwise resolved by appropriate order, the Court will conduct a hearing on the request to set aside the default judgment on **April 21, 2022, at 9:30 a.m., in Courtroom 1, Customs House, 701 Broadway, Nashville, TN.**

IT IS SO ORDERED.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.